DE WITT C. HOWLAND, Respondent, *v.* FRANK B. HARDER, Appellant.

*Howland* v. *Harder*, 153 App. Div. 442, affirmed.
(Argued May 6, 1915; decided May 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 2, 1913, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an action brought by the plaintiff against the defendant for wrongfully obstructing a right of way belonging to plaintiff over the land of the defendant, asking that the obstruction be removed and that the plaintiff recover such damages as he may have sustained. The defendant, in his answer, admitted that he was the owner of the land over which the right of way was claimed, but denied that the plaintiff had a right of way across the same, and also denied the allegation in the plaintiff's complaint wherein it is alleged that the said right of way was wrongfully obstructed and that the plaintiff was damaged. For a further and separate defense, the defendant alleged that the said plaintiff never acquired any right of way over the said premises,

and that George M. Harder, as the executor of Mary E. Harder, deceased, had no power or authority under her will to create any right of way over said lands, afterward acquired by the defendant, over which it is claimed the right of way now exists, and, further, that the said defendant at the time of acquiring the title to said property had no knowledge of the existence of the said right of way.

*John L. Crandell* for appellant.

*L. Royce Tilden* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, HOGAN, MILLER, CARDOZO and SEABURY, JJ.